Λ / Ϝ

# U.S. District Court
## Eastern District of New York (Brooklyn)
## CIVIL DOCKET FOR CASE #: 1:11-cv-03642-ARR-ALC
### Internal Use Only

| | |
|---|---|
| United States of America v. American Medical Response et al | Date Filed: 07/28/2011 |
| Assigned to: Senior Judge Allyne R. Ross | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Andrew L. Carter, Jr | Nature of Suit: 890 Other Statutory Actions |
| Cause: 31:3729 False Claims Act | Jurisdiction: U.S. Government Plaintiff |

**Plaintiff**

**United States of America**
*Ex Rel*
Derek Lyon
*Ex Rel*
Tina Crowley
*Ex Rel*
Jessica Colon
*Ex Rel*
Anne Marie Bellatto

represented by **Kent B. Dolan**
Lifflander Reich & Smith LLP
1221 Avenue of Americas
26th Floor
New York, NY 10020-1089
212-332-8820
Fax: 212-332-8821
Email: kdolan@lifflander.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard I. Reich**
Lifflander Reich & Smith LLP
1221 Avenue of the Americas
New York, NY 10020-1089
212-332-8830
Fax: 212-332-8821
Email: rreich@lifflander.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**American Medical Response**

**Defendant**

**Laidlaw International Inc.**

**Defendant**

**Park Ambulance Svc.**

**Defendant**

**Associated Ambulance Service, Inc.**

**Defendant**

*The Clerk of Court is directed to seal all entries and close Dkt. 11-cv-3642 as duplicative of the pleading in 4 cv 4119. So ordered. /s/ARR [signature] 10/20/12*