```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
UNITED STATES OF AMERICA ex rel. DEREK LYON,                     :    11-CV-3642 (ARR) (ALC)
et al.,                                                          :
                                                                 :    NOT FOR ELECTRONIC
                    Plaintiff,                                   :    OR PRINT PUBLICATION
                                                                 :
       -against-                                                 :    ORDER
                                                                 :
AMERICAN MEDICAL RESPONSE, et al.,                               :
                                                                 :
                    Defendants.                                  :
-----------------------------------------------------------------X
```

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ OCT 21 2011 ★
BROOKLYN OFFICE

ROSS, United States District Judge:

The order sealing the case, Dkt. No. 2, is hereby vacated. The Clerk of Court is directed to unseal all entries and close Dkt. 11-cv-3642.

SO ORDERED.

/s/(ARR)
Allyne R. Ross
United States District Judge

Dated:      October 20, 2011
            Brooklyn, New York

1